|  |  |
|---|---|
| MATT STRONG,<br><br>                       Plaintiff,<br>  vs.<br><br>DIANA E. JOHNSON, TRUSTEE OF THE DIANA E. JOHNSON TRUST DATED JULY 25, 2013,<br><br>                       Defendant.<br>_____<br>DOROTHY WHITE,<br><br>                       Plaintiff,<br>  vs.<br><br>DIANE E. JOHNSON, TRUSTEE OF THE DIANE E. JOHNSON TRUST DATED JULY 25, 2013,<br><br>                       Defendant. | CASE NOS. 16cv1289-LAB (JMA) and 16cv2524-LAB (JMA)<br><br>**ORDER GRANTING MOTION TO CONTINUE STAY; AND**<br><br>**DIRECTIONS TO PARTIES REGARDING THE COURT'S EXPECTATIONS** |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

The Court stayed these consolidated actions and ordered the parties to jointly file a status report by July 7. The report was to have shown whether conditions in the Miss Donuts parking lot at 9729 Camp Road in Spring Valley were now ADA-compliant.

/ / /

The parties instead each filed their own status report. Defendant hired a contractor to resurface the parking space and to remediate ADA violations. It appears Plaintiff's counsel then visited the facility and looked at the parking lot. Plaintiff now agrees the signage complies with the ADA. But the parties disagree about whether the slope of the parking space is ADA-compliant.

According to both reports, an attorney from Plaintiff's firm who admittedly is a non-expert measured the slope using only a 24-inch digital level. Plaintiff's report suggests this is the method recommended by the government. That is not accurate; the government recommends several methods, which include hiring a surveyor or using a digital slope meter or other sophisticated electronic instrument. A less-accurate option involves using a carpenter's level. But this method requires use of a tape measure and bracing the level with an object such as a pencil.[1] Defendant says its contractor's work is still under warranty, implying that Defendant stands ready to make any further changes that are needed, as long as Plaintiff is prepared to show the contractor what is wrong.

The Court's orders contemplated that the parties would rely on measurements or observations by someone with expertise in determining ADA compliance. *See Rush v. Islands Restaurants, LP*, 2012 WL 4849016, at *2 and n.1 (S.D. Cal., Oct. 11, 2012) (observing that it was much more appropriate for a disability claimant to hire someone with training in surveying, architecture, construction, or some allied field rather than having an attorney measure parking lot slope using a carpenter's level).

The Court also expects Plaintiff's counsel to send someone to inspect and measure the parking lot who has experience and training in such matters. If the parking lot is still out of compliance, that person should be able to demonstrate to Defendant's contractor what is wrong, so that Defendant can get the work redone. Or if it is now ADA-compliant, the person Plaintiff designates should confirm that so that this case can continue towards

---

[1] *See* https://www.access-board.gov/research/completed-research/dimensional-tolerances/part-iii-appendices ("Carpenter's levels are used for setting level and plumb only. To determine angles the level must be used with a measuring tape to determine slope.").

resolution. The parties are directed to work together, to avoid the need for any further extensions or parallel filings.

The joint motion is **GRANTED** in part. No later than **14 calendar days from the date this order is issued**, Plaintiff shall designate someone with appropriate training in determining a parking lot's compliance with the ADA, who shall promptly meet and confer with Defendant's contractor. No later than **30 days from the date this order is issued**, the parties shall submit a joint status report giving the current status of the parking lot, as previously ordered.

**IT IS SO ORDERED**.

DATED: July 7, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge